IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-cr-30177-SMY-11 |
| JAIME REYES JACOBO, | ) ) ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF RELEASE

**PROUD, Magistrate Judge:**

The conditions of defendant's release are modified by the addition of the following conditions:

1. Defendant shall refrain from any use or unlawful possession of a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

2. Defendant shall submit to any method of testing required by the U.S. Probation/Pretrial Services Office for determining use of a prohibited substance.

3. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

4. Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed necessary.

**IT IS SO ORDERED.**

**DATED:** March 13, 2019.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE